IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID GADSEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-933-WKW |
| ) | [WO] |
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On March 29, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1)  The Recommendation is ADOPTED;

(2)  The 28 U.S.C. § 2255 motion filed by David Gadsen is DENIED; and

(3)  This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 7th day of June, 2018.

           /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE