IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID GADSDEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-933-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On March 29, 2018, the Magistrate Judge filed a Recommendation that Petitioner David Gadsden's 28 U.S.C. § 2255 motion be denied. (Doc. # 27.) On June 7, 2018, after no timely objections were filed and based upon an independent review of the record, the court adopted the Recommendation, dismissed this action with prejudice, and entered final judgment. (Docs. # 33, 34.) After the entry of final judgment, Mr. Gadsden asked for and received an extension of time to file objections. Those objections have been filed. (Doc. # 37.) Accordingly, to permit review of the objections, it is ORDERED that the Order and Final Judgment (Docs. 33, 34) are VACATED. The objections will be addressed in a separate Order.

DONE this 14th September, 2018.

                                                        /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE